UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

Michael W. Piatek and Rose Marie P. Piatek

CHAPTER 13
CASE NO. 17-55032
JUDGE Marcie B. Mcivor

Debtor(s).
_____/

## MOTION FOR ORDER ALLOWING DEBTOR'S TO SELL THEIR RESIDENCE TO THEIR DAUGHTER FOR THE PURPOSE OF FUNDING THEIR PLAN

Now Comes the Debtor's, Michael W. Piatek and Rose Marie P. Piatek through their attrney Leo J. Foley and moves this Court to allow the debtors to sell their home and use such of the proceeds as are necessary to fund their Plan.

1. That on *10/27.2017*, the Debtors commenced these proceedings for relief under Chapter 13 of the Bankruptcy Code.

2. That the debtors Plan is not yet confirmed.

3. That due to lack of income the debtors are unable to adequately fund a feasible plan and retain their Homestead.

4. That the debtors propose selling their home to their Daughter for the sum of $245,000.00, using the proceeds to fund their Plan to the extent necessary to pay off secured obligations attached to the home and the priority tax debt.

5. That the debtors intend to rent the home from their daughter and to continue residing therein.

6. That a proposed Order is attached as Ex "A"

   **WHEREFORE**, Debtor(s) pray as follows:

A. That the attached Order allowing sale of the debtors homestead to their daughter be granted and such further relief as may be necessary.:


Dated: 1/17/2019

/s/Leo J. Foley
Leo J. Foley, P33541
Attorney for Debtor
335 N. Lafayette
South Lyon, MI 48178
(248) 437-1208
leo@leofoleyattorney.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:
Michael A. Ferris

Case No: 18-30358
Honorable Daniel S. Opperman
Chapter 13

Debtor,
_____/

### ORDER ON MOTION FOR ORDER ALLOWING DEBTOR'S TO SELL THEIR RESIDENCE TO THEIR DAUGHTER FOR THE PURPOSE OF FUNDING THEIR PLAN

This matter having come to be heard upon the debtors motion for order allowing debtor's to sell their residence to their daughter for the purpose of funding their plan

;

**NOW, THEREFORE IT IS HEREBY ORDERED** that the debtors be allowed to sell their home to their daughter for the sum of $245,.000.00, pay of the underlying mortgage and use such of the proceeds as are necessary to fund the plan.

"Exhibit A"

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

Michael W. Piatek and Rose Marie P. Piatek

CHAPTER 13
CASE NO. 17-55032
JUDGE Marcie B. Mcivor

Debtor(s).

_____/

## NOTICE OF MOTION FOR ORDER ALLOWING DEBTOR'S TO SELL THEIR RESIDENCE TO THEIR DAUGHTER FOR THE PURPOSE OF FUNDING THEIR PLAN

The Debtor has filed papers with the Court to allow the Debtor's to sell their residence to their daughter for the purpose of funding their plan

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one).

If you do not want the Court to grant the Motion to sell their residence to their daughter for the purpose of funding their plan, or if you want the Court to consider your views on the motion within **21 days** you or your attorney must:

**File with the Court a written response or an answer explaining your position at:** [1]
United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the TWENTY-FIRST (21st) day from the date of this motion.

**You must also mail a copy to:**
David Wm Ruskin (P26803)
Chapter 13 Standing Trustee
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI 48076

Leo J. Foley, P33541
Attorney For The Debtor
335 N. Lafayette
South Lyon, Michigan 48178

Michael W. Piatek and Rose Marie P. Piatek
198 Eagle Way
South Lyon, MI 48178

1. **If a response or answer is timely filed and served, the court will schedule a hearing on the matter and you will be notified as to the time and date of the hearing.**

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c), and (e)

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.**

Dated: 1/17/19 /s/Leo J. Foley
Leo J. Foley, P33541
Attorney for Debtor
335 N. Lafayette
South Lyon, MI 48178
(248) 437-1208
leo@leofoleyattorney.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

Michael W. Piatek and Rose Marie P. Piatek

CHAPTER 13
CASE NO. 17-55032
JUDGE Marcie B. Mcivor

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I electronically filed the Motion For Order Allowing Debtor's To Sell Their Residence To Their Daughter For The Purpose Of Funding Their Plan, Notice and Proposed Order with the Clerk of the Court using ECF System, which will send notification to the following:

Ch 13 trustee
Ecf

Athena J. Aitas on behalf of Creditor Ditech Financial LLC
Ecf

D. Anthony Sottile on behalf of Creditor Capital One Auto Finance
Ecf

All interested parties on the attached Matrix

Dated: 1/17/2019

/s/Leo J. Foley
Leo J. Foley, P33541
Attorney for Debtor
335 N. Lafayette
South Lyon, MI 48178
(248) 437-1208
leo@leofoleyattorney.com

```
bel Matrix for local noticing          Athena J. Aitas                         CACH, LLC its successors and assigns as as
45-2                                   31440 Northwestern Highway              of Providian National Bank
se 17-55032-mbm                        Suite 200                               Resurgent Capital Services
stern District of Michigan             Farmington Hills, MI 48334-5422         PO Box 10587
troit                                                                          Greenville, SC 29603-0587
u Jan 17 14:21:00 EST 2019

)CAPITAL ONE                           Capital One Auto Finan                  Capital One Auto Finance, a division of Ca
 BOX 30285                             3901 Dallas Pkwy                        P.O. Box 4360
LT LAKE CITY UT 84130-0285             Plano, TX 75093-7864                    Houston, TX 77210-4360


pital One Auto Finance, a divison of Capit    Capital One Auto Finance, c/o AIS Portfolio   Cavalry Portfolio Serv
15 N Santa Fe Ave. Dept APS            P.O. Box 4360                           Po Box 27288
lahoma City, OK 73118-7901             Houston, TX 77210-4360                  Tempe, AZ 85285-7288



valry SPV I, LLC                       Celtic Bank/contfinco                   Convergence Acquisitions, LLC
0 Summit Lake Drive, Ste 400           121 Continental Dr Ste 1                c/o Five Lakes Agency, Inc.
lhalla, NY 10595-2321                  Newark, DE 19713-4325                   P.O. Box 80730
                                                                               Rochester, MI 48308-0730



re Institute                           Credit One Bank Na                      Deville Asset Management, LTD
). Box 675008                          Po Box 98875                            PO Box 1987
eroit, MI 48267-5008                   Las Vegas, NV 89193-8875                Colleyville, TX 76034-1987



ville Mgmt                             Ditech Financial LLC                    (c)DITECH FINANCIAL LLC
32 Glade Road                          P.O. Box 0049                           332 MINNESOTA ST STE E610
lleyville, TX 76034-4227               Palatine, IL 60055-0049                 SAINT PAUL MN  55101-1311



rst Credit Inc                         First Premier Bank                      Leo J. Foley
 BOX 630838                            601 S Minnesota Ave                     335 N. Lafayette
ncinnati, OH 45263-0838                Sioux Falls, SD 57104-4868              South Lyon, MI 48178-2034



lependent Emerg Phys                   (p)INTERNAL REVENUE SERVICE             Internal Revenue Service
o Wakefield & Associates, Inc.         CENTRALIZED INSOLVENCY OPERATIONS       P.O. Box 7346
0 E. Platte Ave Unit A                 PO BOX 7346                             Centralized Insolvency Operation
 Box 58                                PHILADELPHIA PA 19101-7346              Philadelphia, PA 19101-7346
rt Morgan, CO 80701-0058



NV Funding, LLC its successors and assigns   Leo J. Foley, Attorney            MERRICK BANK
signee of MHC Receivables, LLC and     335 N. Lafayette                        Resurgent Capital Services
BM, LLC                                South Lyon, Michigan 48178-2034         PO Box 10368
surgent Capital Services                                                       Greenville, SC 29603-0368
 Box 10587
eenville, SC 29603-0587

DLAND FUNDING LLC                      Merrick Bank                            Michael W Piatek
 Box 2011                              330 South warminister                   198 Eagle Way
tren, MI 48090-2011                    Hartford, PA 19040-3404                 South Lyon, Michigan 48178-1288
```

| | | |
|---|---|---|
| d America Bank & Trust<br>Box 89725<br>ɔux Falls, SD 57109-9725 | Mid America Bk/total C<br>5109 S Broadband Ln<br>Sioux Falls, SD 57108-2208 | Midamerica/milestone/g<br>Po Box 4499<br>Beaverton, OR 97076-4499 |
| iland Funding<br>65 Northside Dr Ste 30<br>n Diego, CA 92108-2709 | Ncb Management Service<br>1 Allied Drive<br>Trevose, PA 19053-6945 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| lisades Collection LLC<br>0 Sylvan Avenue<br>ɡlewood Cliffs, NJ 07632-2510 | Michael W Piatek<br>198 Eagle Way<br>South Lyon, MI 48178-1288 | Rose Marie P Piatek<br>198 Eagle Way<br>South Lyon, MI 48178-1288 |
| rtfolio Recovery Ass<br>0 Corporate Blvd Ste 1<br>rfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| antum3 Group LLC as agent for<br>ƆC I LLC<br>Box 788<br>rkland, WA 98083-0788 | Rgs Financial<br>1700 Jay Ell Dr Ste 200<br>Richardson, TX 75081-6788 | Rose Marie P Piatek<br>198 Eagle Way<br>South Lyon, Michigan 48178-1288 |
| vid Wm Ruskin<br>555 Evergreen Rd Ste 1100<br>uthfield, MI 48076-4251 | D. Anthony Sottile<br>Sottile & Barile<br>P.O. Box 476<br>Loveland, OH 45140-0476 | United States Attorney<br>211 W. Fort Street, Suite 2001<br>Attention Civil Division<br>Detroit, MI 48226-3220 |
| iversal Credit Servi<br>82 Avon St<br>rtland, MI 48353-7707 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Wakefield & Associates<br>830 E Platte Ave<br>Fort Morgan, CO 80701-3601 |
| lpoff & Abramson, LLP<br>500 High Pointe Blvd., Suite 250<br>vi, MI 48375-5508 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| pital One<br>000 Capital One Dr<br>chmond, VA 23238 | Internal Revenue Service<br>P.O. Box 330500, Mail Stop 15<br>Detroit Office<br>Detroit, MI 48232 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

tech Financial Llc
2 Minnesota St Ste 610
int Paul, MN 55101


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Capital One Auto Finance         (u)Ditech Financial LLC              End of Label Matrix
                                                                       Mailable recipients   51
                                                                       Bypassed recipients    2
                                                                       Total                 53